UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:15CR151 (VLB) |
| PENNY ROY | : | DECEMBER 28, 2015 |

**MOTION TO SUSPEND OR MODIFY SENTENCING SCHEDULE
TO PERMIT PARTICIPATION IN THE SUPPORT COURT PROGRAM**

The defendant, Penny Roy, respectfully moves the court to suspend or modify the current sentencing schedule, including the dates for the filing of the defendant's sentencing memorandum, and to continue sentencing for a date uncertain, or, if the court prefers to have a sentencing date tentatively set, to a date that is at least one year from today. In support of this motion, defendant represents as follows:

1. On August 21, 2015, the defendant entered a plea of guilty to Wire Fraud and Filing a False Tax Return in violation of 18 U.S.C. §1343 and 26 U.S.C. §7206(1). Sentencing is currently scheduled for January 20, 2016.

2. On September 22, 2015, the Honorable Warren W. Eginton, to whom this case had previously been assigned, recommended the defendant enter the federal Support Court. Subsequent thereto, the defendant attended Support Court sessions for the purpose of evaluating her suitability for participation therein.

3. On or about December 23, 2015, the defendant was granted admission into the Hartford federal Support Court. The program requires approximately one year to complete.

4. Accordingly, the defendant seeks a suspension or modification of the sentencing schedule and of the requirements of the parties to file sentencing memoranda in January 2016 and a continuance of her sentencing date so that she can complete the program.

5.  To comply with the requirements of Support Court, the defendant requests that she be required to submit to random drug testing.

5. Counsel for the government and the defendant's probation officer, Lauren Harte, have advised undersigned counsel that they have no objection to the granting of this motion.

Respectfully submitted,

DEFENDANT, PENNY ROY

By: */s/ Richard S. Cramer*

Richard S. Cramer
21 Oak Street, Suite 308
Hartford, CT 06106
Tel. 860.560.7704
Fax 860.560.7706
Federal Bar #ct00016
cramer@snet.net

## **CERTIFICATION**

**Pursuant to the Court's designation of this matter as an electronically filed case, and in accordance with the requirements for certification of service in such cases, the undersigned certifies that the foregoing document was filed electronically on the 28th day of December 2015. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.**



*/s/ Richard S. Cramer*
**Richard S. Cramer**